IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYSHON FARMER : CIVIL ACTION

vs. :

LAUREL HARRY, et al. : NO. 12-CV-1404

ORDER

AND NOW, this 25th day of February, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey and Petitioner's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. The motions for an evidentiary hearing, to expand the record, and for summary judgment are DENIED.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

J. CURTIS JOYNER, C.J.